FILED: May 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1278

(1:09-cv-00547-JFM)

_____

IT'S MY PARTY, INC.; IT'S MY AMPHITHEATRE, INC., d/b/a Merriweather Post Pavilion

       Plaintiffs - Appellants

v.

LIVE NATION, INC.

       Defendant - Appellee

_____

O R D E R

_____

       Upon consideration of the unopposed motion to exceed the length limitations for briefs, the court grants leave to file appellants' opening brief and appellee's response brief not in excess of 16,000 words.

       For the Court

       /s/ Patricia S. Connor, Clerk