FILED: July 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1278
(1:09-cv-00547-JFM)
_____

IT'S MY PARTY, INC.; IT'S MY AMPHITHEATRE, INC., d/b/a Merriweather Post Pavilion,

        Plaintiffs - Appellants,

v.

LIVE NATION, INC.,

        Defendant - Appellee.

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file supplemental appendix, which the court construes as a motion to file an exhibit volume containing a DVD recording of a presentation made to the district court at the summary judgment hearing as a supplement to the joint appendix, the court grants appellants' motion for leave to file supplemental response and grants appellee's motion for leave to file the exhibit volume as a supplemental appendix.

Upon review of the district court docket and inquiry to the district court regarding the record, this court has determined that the DVD recording constitutes a portion of the record on appeal.

Appellee is directed to file four copies of the exhibit volume, appropriately labeled, as a supplement to the joint appendix, within 10 days from the date of this order.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk